*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br><br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-mc-00618<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  April 14, 2021
in favor of  NATIONWIDE JUDGMENT RECOVERY INC.
whose address is  8452 Katella Ave, Stanton CA 90680
and against  TONY UZZLE
whose last known address is  420 RESERVATION RD, MARINA CA 93933
for $ 14,213.33          Principal, $ 1,211.77          Interest, $ 0          Costs,
and $ 0.00          Attorney Fees.

ATTESTED this    4    day of   May   , 20 21
Judgment debtor's driver's license no. and state;_____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;   7768   (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

TONY UZZLE
420 RESERVATION RD
MARINA CA 93933

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

CHRIS SAWYER

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*