Christopher Beyer, SBN 213264
WRIGHT LAW GROUP, PLLC
4470 W. Sunset Blvd., Suite 90003
Los Angeles, CA 90027
Tel.: 310-256-2519
E-mail:cab@replevin.com
Attorney for: Nationwide Judgment Recovery, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY, INC. | CASE NUMBER: CV- 2:22-cv-05636-PSG |
|---|---|
| Plaintiff(s) | |
| v. | |
| TODD DISNER et al | **WRIT OF EXECUTION** |
| Defendant(s) | |

TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  04/14/2021  a judgment was entered in the above-entitled action in favor of:

NATIONWIDE JUDGMENT RECOVERY, INC.

as Judgment Creditor and against:

TONY UZZLE
420 RESERVATION RD.
MARINA, CA 93933

as Judgment Debtor, for:

$  14,213.33  Principal,
$       0.00  Attorney Fees,
$     908.34  Interest **, and
$       0.00  Costs, making a total amount of
$  15,121.67  **JUDGMENT AS ENTERED**

**NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** __Western__ **District of** __North Carolina__, to wit:

$ __908.34__ accrued interest, and
$ __0.00__ accrued costs, making a total of
$ __908.34__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __15,121.67__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __14,213.33__ Is due on the judgment as entered and bears interest at __1.22__ percent per annum, in the amount of $ __0.47__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: __11/18/2022__    By: _/s/ Yvette Louis_
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
TONY UZZLE
420 RESERVATION RD.
MARINA, CA 93933
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.